# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**JENNIFER LEONARD,**

      **Plaintiff,**

  v.                                      **Civil Action 2:19-cv-2142**
                                                **Judge Edmund A. Sargus**
**JOHN DOE CORP. d/b/a "GOLDSTEIN**         **Magistrate Judge Jolson**
**& WEISS", et al.,**

      **Defendants.**

## ORDER AND REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Response (Doc. 18) to the Court's Show Cause Order (Doc. 17).  On or before May 29, 2020, Plaintiff is **ORDERED** to file a motion for default judgment.  Further, consistent with Plaintiff's request, (*see* Doc. 18 at 1), the Court **RECOMMENDS** that Defendants John Doe Corp. and Dorman Incorporated be dismissed pursuant to Federal Rule of Civil Procedure 4(m).

    IT IS SO ORDERED.


Date:  May 14, 2020                                           /s/ Kimberly A. Jolson
                                                                  KIMBERLY A. JOLSON
                                                                    UNITED STATES MAGISTRATE JUDGE