# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JENNIFER LEONARD, | : |
| Plaintiff, | : Case No. 2:19-cv-2142 |
| | : JUDGE SARAH MORRISON |
| vs. | : Magistrate Judge Jolson |
| JOHN DOE CORP. d/b/a "GOLDSTEIN & WEISS," *et al.*, | : |
| Defendants. | : |

## ORDER

Magistrate Jolson's May 14, 2020 Order and Report and Recommendation (ECF No. 14) recommends that Plaintiff's request to dismiss Defendants John Doe Corp. and Dorman Incorporated (ECF No. 18) be granted under Federal Rule of Civil Procedure 4(m). (ECF No. 18.) After due review, the Court adopts the R&R. Defendants John Doe Corp. and Dorman Incorporated are dismissed from this case.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT COURT**